# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155699

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

MAX THOMAS PRZYSUCHA,
      Defendant-Appellee.

SC:  155699
COA:  335272
Ottawa CC:  16-040340-FH

_____/

      On order of the Court, the application for leave to appeal the March 28, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



Clerk

s0920